IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIDWEST INNOVATIVE PRODUCTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KINAMOR INC., and ) <br> KINNECO, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.   1:16-cv-11005 <br><br> *Document electronically filed.* |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, Plaintiff Midwest Innovative Products, LLC, hereby states as follows: Midwest Innovative Products, LLC is a limited liability corporation that has no corporate parents and no publicly held corporation owns 10% or more of its stock.  Midwest Innovative Products, LLC has no publicly held affiliates as defined by Local Rule 3.2.


Dated:  December 1, 2016            Respectfully submitted,

/s/  Patrick J. Arnold Jr.
Patrick J. Arnold Jr. (No. 6203666)
Katherine E. Ramlose (No. 6321349)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000

*Attorneys for Plaintiff,*
Midwest Innovative Products, LLC